# EXHIBIT B

DWYER & BARRETT, L.L.C.
Andrew Dwyer (AD 7793)
17 Academy Street, Suite 1201
Newark, New Jersey 07102
(973) 242-3636
Email: andy@dwyerbarrett.com
Attorneys for Defendants

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN A. TARZY, ESQ.<br><br>     Plaintiff,<br><br>v.<br><br>ANDREW DWYER, DWYER &<br>BARRETT, L.L.C., formerly known as<br>THE DWYER LAW FIRM, L.L.C.,<br><br>     Defendants. | Civil Action No. _____<br><br>**DECLARATION OF ANDREW DWYER IN SUPPORT OF NOTICE OF REMOVAL** |

Andrew Dwyer declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am the defendant Andrew Dwyer in this action, and I am also a member of defendant Dwyer & Barrett, L.L.C., formerly known as The Dwyer Law Firm, L.L.C. As such I am familiar with the facts and circumstances of this matter as hereinafter set forth, based upon personal knowledge. I submit this Declaration in support of defendants' Notice of Removal.

2.  I reside in Newark, New Jersey, and I have no other residence. I have continuously and exclusively resided at various addresses in New Jersey since 2000. My place of business, Dwyer & Barrett, L.L.C. is also located in Newark, New

1

Jersey. My car is registered in New Jersey; my bank accounts are all in New Jersey; I am registered to vote in New Jersey and I regularly vote in New Jersey; and I pay my taxes in New Jersey. I plan to continue to reside in New Jersey indefinitely.

3. Defendant Dwyer & Barrett, L.L.C. (formerly known as The Dwyer Law Firm, L.L.C.) is a Limited Liability Company formed under the laws of the State of New Jersey in 1999. Dwyer & Barrett has always and only been in formation under the laws of the State of New Jersey. Dwyer & Barrett's offices are (and always have been) exclusively in New Jersey. Its principal office is in Newark, New Jersey, and a secondary office is in Atlantic City, New Jersey. Other than myself, Dwyer & Barrett has only one other member, attorney La Toya Barrett. Ms. Barrett is likewise a resident and citizen of New Jersey, with her only domicile in Bayonne, New Jersey.

Executed on February 17, 2018

ANDREW DWYER

2