UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN A. TARZY, ESQ.<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW DWYER, DWYER &<br>BARRETT, L.L.C., formerly known as<br>THE DWYER LAW FIRM, L.L.C.,<br><br>    Defendants. | Hon. John F. Keenan, U.S.D.J.<br><br>Civil Action No.<br>18-cv-1456 (JFK) (SDA)<br><br>**NOTICE OF MOTION** |

TO:   Declan Redfern
       Kayser & Redfern, LLP
       515 Madison Ave., 30th Floor
       New York, New York 10022
       Attorneys for Plaintiff

PLEASE TAKE NOTICE that on a date and time designated by the Court, Dwyer & Barrett, L.L.C., the undersigned attorneys for the defendants, will move before the Hon. John F. Keenan, U.S.D.J., of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007, for an Order (a) transferring venue to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1404(a), or in the alternative, (b) dismissing with prejudice for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6), the First, Second, Third, Fourth, Fifth, Sixth, Eighth and Tenth Causes of Action plead in the Complaint, and also dismissing with prejudice any claim for punitive or exemplary

1

damages, and (c) granting such other and further relief as the Court shall deem just and proper.

TAKE FURTHER NOTICE that the undersigned shall rely upon the Declaration of Andrew Dwyer, filed herewith, and upon the accompanying Brief in support of the motion.

TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), plaintiff shall serve his answering papers, if any, on or before March 23, 2018, and defendants shall file their reply papers, if any, on or before March 30, 2018.

Oral argument is requested on this motion.

Respectfully submitted,

Dated: March 9, 2018

DWYER & BARRETT, L.L.C.

By:/s/ **Andrew Dwyer**
Andrew Dwyer (AD 7793)
17 Academy Street, Suite 1201
Newark, New Jersey 07102
(973) 242-3636
(973) 242-3399 (fax)
andy@dwyerbarrett.com

Attorneys for Defendants