# EXHIBIT A

# RETAINER

To:  Alan A. Tarzy, Esq.
     360 Lexington Avenue, Suite 1501
     New York, New York 10017

The undersigned, ███████ residing at ██████████████████ ███ hereby retains you to prosecute or adjust a claim against ███████ and other entities and persons for personal injury and economic damages arising from sustained by ███████ as a result of employment discrimination and related claims.

The Client hereby gives you the exclusive right to take all legal steps to enforce this claim through trial and appeal. The attorney shall have the right but not the obligation to represent the client on appeal.

In consideration of the services rendered and to be rendered by you, the Client agrees to pay you and your are authorized to retain out of any moneys that may come into your hand by reason of the above claim:

Thirty three and one-third percent (33 ⅓%) of the sum recovered, whether recovered by suit, settlement or otherwise.

Such percentage shall be computed on the net sum recovered after deducting from the amount recovered expenses and disbursements for expert testimony and investigative or other services property chargeable to the enforcement of the claim or prosecution of the action. In computing the fee, the costs as taxed, including interest upon a judgment, shall be deemed part of the amount recovered. For the following or similar items there shall be no deduction in computing such percentages: liens, assignments or claims in favor of hospitals, for medical care and treatment by doctors and nurses, or self-insurers or insurance carriers.

If the cause of action is settled by Client without the consent of Attorney, Client agrees to pay Attorney the above percentage of the full amount of the settlement for the benefit of Client, to whomever paid or whatever called. The attorney shall have, in the alternative, the option of seeking compensation on a *quantum meruit* basis to be determined by the court. In such circumstances the court would determine the fair value of the service. Attorney shall have, in addition, Attorney's taxable costs and disbursements. In the event the Client is represented on appeal by another attorney, Attorney shall have the option of seeking compensation on a *quantum meruit* basis to be determined by the court.

In the event that a dispute arises between us regarding our fees, you may have the right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

Dated February 1, 2013

Client: ███████████ (L.S.)

Witness _____ 20__

By _____ (L.S.)
Signature - Print name beneathAlan A Tarzy

P937

CONFIDENTIAL