# EXHIBIT D

## Andrew Dwyer

**From:** Alan Tarzy [atarzy@tarzylaw.com]
**Sent:** Tuesday, June 04, 2013 2:38 PM
**To:** Andrew Dwyer
**Subject:** contact info

Dear Andy,

Thanks for your input today. Here is my contact info.

I look forward to meeting you on June 13th.

Alan

Alan A. Tarzy Esq.
Law Offices of Alan A. Tarzy
360 Lexington Avenue
Suite 1501
New York, New York 10017
Email: atarzy@tarzylaw.com
Phone: (212) 370-9000
Fax: (212) 370-1566

