**EXHIBIT G**

## Andrew Dwyer

**From:** Andrew Dwyer
**Sent:** Wednesday, June 19, 2013 11:39 PM
**To:** Alan Tarzy
**Subject:** Draft complait for ▓▓▓▓▓ - PLEASE REVIEW ASAP
**Attachments:** Draft complaint (00018012).doc

**Importance:** High

Hi Alan

Attached is a draft complaint for ▓▓▓▓▓ It is in Word format. Please let me know if you have any trouble opening the attachment.

I would like to get this filed as soon as possible, and I still have a number of small points where I have questions or things I need clarified from ▓▓▓▓▓ So I would appreciate it if you would look this over ASAP, and give me the "go ahead" to forward it to ▓▓▓▓▓ with my questions. Once I hear from you, I will send it to ▓▓▓▓▓.

It is definitely in our best interest to insure this is filed before June 25th (the date of the shareholder vote). We do not need to serve it before that date, but we definitely need to file it by that date.

Also, following up on our phone discussion from Tuesday, it is my understanding that you and ▓▓▓▓▓ entered into a standard contingency agreement. You and I have agreed to split any fees from that agreement on a percentage basis, with me getting 60% and you getting 40%. If my understanding is not correct, please let me know ASAP.

Finally, I would appreciate it if you would get to me ASAP any documents or notes that you have related to the file, so I can have a complete file (including any correspondence you had with defense counsel). It would probably be easiest for you to just scan and email those materials to me. I'm assuming the file is not too voluminous yet. I am also going to be following up with ▓▓▓▓▓ to insure I'm not missing any critical documents or information.

Obviously, on any communications I have with ▓▓▓▓▓ I will copy you.

Thanks! I'm looking forward to working on this case with you, and I appreciate your decision to involve me in the case.

Andy

Andrew Dwyer
The Dwyer Law Firm, L.L.C.
17 Academy Street, Suite 1201
Newark, New Jersey 07102
(973) 242-3636, ext. 10
(973) 242-3399 (fax)
www.thedwyerlawfirm.com

**South Jersey Office**

The Dwyer Law Firm, L.L.C.
Cornerstone Commerce Center
1201 New Road -- Suite 230
Linwood, New Jersey 08221-1159
(609) 601-6600
(609) 601-6601 (fax)

1