EXHIBIT I

## U.S. District Court — Judicial Caseload Profile

**NEW YORK SOUTHERN**

| | | | Dec 31 2012 | Dec 31 2013 | Dec 31 2014 | Dec 31 2015 | Dec 31 2016 | Dec 31 2017 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 12,110 | 12,083 | 13,359 | 12,490 | 12,983 | 12,721 | | |
| | Terminations | | 11,967 | 12,118 | 13,375 | 13,196 | 13,772 | 12,179 | | |
| | Pending | | 19,180 | 18,844 | 18,706 | 17,972 | 17,191 | 17,255 | | |
| | Percent Change In Total Filings Current Year Over Earlier Year | | 5.0 | 5.2 | -4.8 | 1.8 | -2.0 | | 46 | 4 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months [2] | | 68.3 | 43.8 | 0.0 | 5.0 | 12.0 | 26.9 | | |
| **Actions per Judgeship** | Filings | Total | 433 | 432 | 477 | 446 | 464 | 454 | 52 | 3 |
| | | Civil | 353 | 347 | 411 | 380 | 374 | 379 | 33 | 3 |
| | | Criminal Felony | 57 | 59 | 44 | 46 | 58 | 49 | 81 | 6 |
| | | Supervised Release Hearings | 23 | 26 | 23 | 20 | 32 | 27 | 59 | 5 |
| | Pending Cases | | 685 | 673 | 668 | 642 | 614 | 616 | 23 | 3 |
| | Weighted Filings [2] | | 451 | 439 | 432 | 458 | 463 | 467 | 37 | 3 |
| | Terminations | | 427 | 433 | 478 | 471 | 492 | 435 | 60 | 4 |
| | Trials Completed | | 15 | 15 | 14 | 14 | 15 | 15 | 53 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.4 | 16.0 | 15.4 | 16.2 | 13.1 | 14.0 | 79 | 3 |
| | | Civil [2] | 7.9 | 8.2 | 9.0 | 8.3 | 9.1 | 7.0 | 17 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 28.0 | 32.4 | 31.4 | 25.3 | 28.3 | 29.4 | 37 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 3,630 / 26.2 | 3,466 / 25.6 | 3,202 / 22.9 | 2,452 / 18.2 | 2,244 / 18.2 | 2,379 / 19.1 | 84 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.9 | 1.9 | 1.7 | 1.7 | 2.1 | 2.0 | | |
| | Jurors | Avg. Present for Jury Selection | 76.5 | 94.9 | 85.9 | 68.6 | 69.0 | 72.5 | | |
| | | Percent Not Selected or Challenged | 59.0 | 57.6 | 56.6 | 52.1 | 52.5 | 48.9 | | |

**Numerical Standing Within** (columns: U.S. | Circuit)

| 2017 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 10,603 | 462 | 825 | 1,089 | 14 | 97 | 1,344 | 1,120 | 631 | 1,120 | 2,471 | 33 | 1,397 |
| Criminal [1] | 1,356 | 10 | 615 | 51 | 186 | 283 | 62 | 48 | 5 | 16 | 15 | 9 | 56 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**NEW JERSEY**

### U.S. District Court — Judicial Caseload Profile

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2012 | Dec 31 2013 | Dec 31 2014 | Dec 31 2015 | Dec 31 2016 | Dec 31 2017 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 9,522 | 9,525 | 9,861 | 10,574 | 11,341 | 16,694 | | |
| | | Terminations | 8,982 | 8,708 | 9,281 | 10,284 | 9,584 | 10,742 | | |
| | | Pending | 8,172 | 9,107 | 9,708 | 10,013 | 11,722 | 17,686 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 75.3 | 75.3 | 69.3 | 57.9 | 47.2 | | 3 | 1 |
| | | Number of Judgeships | 17 | 17 | 17 | 17 | 17 | 17 | | |
| | | Vacant Judgeship Months [2] | 13.1 | 0.0 | 9.6 | 37.4 | 48.0 | 55.0 | | |
| **Actions per Judgeship** | Filings | Total | 560 | 560 | 580 | 622 | 667 | 982 | 4 | 1 |
| | | Civil | 499 | 500 | 527 | 576 | 626 | 941 | 4 | 1 |
| | | Criminal Felony | 49 | 47 | 43 | 34 | 28 | 29 | 90 | 5 |
| | | Supervised Release Hearings | 12 | 13 | 10 | 12 | 13 | 11 | 84 | 4 |
| | | Pending Cases | 481 | 536 | 571 | 589 | 690 | 1,040 | 7 | 1 |
| | | Weighted Filings [2] | 519 | 528 | 586 | 583 | 545 | 713 | 7 | 2 |
| | | Terminations | 528 | 512 | 546 | 605 | 564 | 632 | 17 | 1 |
| | | Trials Completed | 9 | 9 | 8 | 12 | 8 | 7 | 89 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.8 | 11.5 | 11.1 | 11.4 | 15.5 | 10.9 | 56 | 2 |
| | | Civil [2] | 5.9 | 6.4 | 7.6 | 8.2 | 8.0 | 6.5 | 11 | 4 |
| | | From Filing to Trial [2] (Civil Only) | 36.6 | 37.6 | 35.8 | 46.8 | 38.8 | 41.1 | 63 | 6 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 337 4.7 | 416 5.1 | 510 5.9 | 615 6.8 | 660 6.0 | 690 4.1 | 27 | 2 |
| | | Average Number of Felony Defendants Filed per Case | 1.1 | 1.1 | 1.2 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 54.2 | 88.1 | 70.0 | 82.5 | 84.3 | 99.8 | | |
| | | Percent Not Selected or Challenged | 30.8 | 30.5 | 44.6 | 37.5 | 37.8 | 39.3 | | |

### 2017 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 16,001 | 345 | 7,596 | 1,563 | 13 | 118 | 874 | 996 | 1,032 | 471 | 1,242 | 53 | 1,698 |
| Criminal [1] | 497 | 3 | 121 | 19 | 66 | 164 | 45 | 20 | 4 | 16 | 7 | 9 | 23 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."