```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alan A. Tarzy,

                Plaintiff,

-against-

Andrew Dwyer, Dwyer & Barrett, L.L.C., formerly known as The Dwyer Law Firm, L.L.C.

                Defendants.

1:18-cv-01456 (JFK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Defendants have failed to timely respond to Plaintiff's pending motion for sanctions. (ECF No. 31.) Defendants also have failed to respond to the remaining claim in the Amended Complaint. Further, Defendants are in default of their obligations regarding the Proposed Case Management Plan. (ECF No. 33.) These matters shall be addressed at the conference in this case on March 20, 2019 at 2:30 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

DATED:    New York, New York
                March 14, 2019

_____
STEWART D. AARON
United States Magistrate Judge

Copies to:    Declan P. Redfern (dredfern@515law.com)
               Andrew William Dwyer (andy@dwyerbarrett.com)
               La Toya Barrett (lbarrett@thedwyerlawfirm.com)