

**RE: 1:18-cv-01456-JFK-SDA, Tarzy v. Dwyer et al**

Aaron NYSD Chambers    to: LaToya Barrett                                    03/18/2019 12:05 PM
Sent by: **Stewart Aaron**
Cc:      dredfern, andy

| | |
|---|---|
| From: | Aaron NYSD Chambers/NYSD/02/USCOURTS |
| To: | LaToya Barrett <latoya@dwyerbarrett.com> |
| Cc: | dredfern@515law.com, andy@dwyerbarrett.com |

Dear Ms. Barrett,

The Court is in receipt of your email below, and is responding to you, as well as both counsel of record.

Mr. Dwyer is counsel of record for defendants and is expected to appear in Court on Wednesday. If, for whatever reason, Mr. Dwyer does not appear, the Court expects you to appear since Dwyer & Barrett is a named defendant and you are a partner at Dwyer & Barrett and a member of the bar of this Court. Failure of Dwyer & Barrett to appear likely will result in a default being entered.

The Court will file this correspondence on ECF. Any future communications regarding this matter must be filed on ECF.

Thank you.

| LaToya Barrett | Dear Ms. Lopez, I am in receipt of the attached Order.... | 03/18/2019 11:09:43 AM |
|---|---|---|

| | |
|---|---|
| From: | LaToya Barrett <latoya@dwyerbarrett.com> |
| To: | "Aaron_NYSDChambers@nysd.uscourts.gov" <Aaron_NYSDChambers@nysd.uscourts.gov> |
| Date: | 03/18/2019 11:09 AM |
| Subject: | RE: 1:18-cv-01456-JFK-SDA, Tarzy v. Dwyer et al |

Dear Ms. Lopez,

I am in receipt of the attached Order. I am writing to confirm whether my attendance is required for the scheduled conference on Wednesday, March 20th?

Thank you.

**La Toya L. Barrett**
Dwyer & Barrett, LLC
17 Academy Street, Suite 1201
Newark, New Jersey 07102
(973) 242-3636, ext. 11
(973) 242- 3399 (fax)
www.dwyerbarrett.com

*Lawyers Working for Working People*™

**From:** Katherine_Lopez@nysd.uscourts.gov [mailto:Katherine_Lopez@nysd.uscourts.gov] **On Behalf Of**

Aaron_NYSDChambers@nysd.uscourts.gov
**Sent:** Thursday, March 14, 2019 10:12 AM
**To:** dredfern@515law.com; Andrew Dwyer <andy@dwyerbarrett.com>; LaToya Barrett <latoya@dwyerbarrett.com>
**Subject:** 1:18-cv-01456-JFK-SDA, Tarzy v. Dwyer et al

Counsel -

Please see the attached Order that was filed today on ECF in the above-referenced matter.

Thank you.