UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tarzy,

                Plaintiff,

-against-

Dwyer et al,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2019

1:18-cv-01456 (JFK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a conference held before me today, and for the reasons stated on the record, IT IS HEREBY ORDERED that:

(1) No later than March 27, 2019, Defendants shall file their Answer to the Amended Complaint.

(2) No later than March 27, 2019, in compliance with Local Civil Rule 1.5(h), Defendant Dwyer shall report his prior disciplinary history to the Southern District of New York, and shall send a copy of such report to Judge Aaron.

(3) No later than April 3, 2019, Defendants shall produce or make available for inspection all documents responsive to Plaintiff's First Set of Document Requests. This production shall include the previously entered-into settlement agreement, as discussed on the record. In addition, the email correspondence discussed on the record shall be produced no later than April 3, 2019.

(4) On May 20, 2019, the parties shall submit a joint letter regarding the status of discovery, and outlining their positions regarding settlement.

(5) Any amendments to pleadings shall be made no later than May 31, 2019.

(6) The deadline for the completion of fact discovery is August 15, 2019.

(7) Plaintiff's motion for sanctions (ECF Nos. 31 & 32) is GRANTED IN PART. Defendants failed to file any opposition to the motion. Moreover, at the conference held before me today, Defendants' counsel did not object to the imposition of a monetary amount representing the 6.25 hours spent by Plaintiff's counsel in preparing the sanctions motion, but only objected to the $730 hourly rate sought by Plaintiff. The Court in its discretion awards sanctions at an hourly rate of $500. Thus, Defendants shall pay to Plaintiff's counsel the sum of $3,125.00 in sanctions no later than April 1, 2019.

**SO ORDERED.**

DATED:   New York, New York
         March 20, 2019

_____
STEWART D. AARON
United States Magistrate Judge