UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN A. TARZY, ESQ.,

                           Plaintiff,

               -against-

ANDREW DWYER and DWYER & BARRETT,
L.L.C. formerly known as THE DWYER LAW
FIRM, L.L.C.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2020

18 Civ. 1456 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 5, 2020, this Court set a briefing schedule for the parties' filing of summary judgment motions.  ECF No. 65.  Later that day, Defendants wrote to the Court seeking clarification on the scheduling order.  ECF No. 66.  Accordingly, the Court AMENDS its August 5, 2020 scheduling order as follows:

1. By **September 9, 2020**, Defendants shall file their motion for summary judgment, not to exceed 30 pages;
2. By **October 7, 2020**, Plaintiff shall file his cross-motion for summary judgment, and any opposition to Defendants' motion, in a single memorandum of law not to exceed 40 pages;
3. By **October 28, 2020**, Defendants shall file their opposition to Plaintiff's cross-motion for summary judgment and any reply in support of their own motion for summary judgment, in a single memorandum of law not to exceed 40 pages; and
4. By **November 18, 2020**, Plaintiff shall file his reply, if any, not to exceed 15 pages.

The parties are to rely on the Rule 56.1 statements, and evidence cited therein, already submitted in support of their requests for leave to file summary judgment.  The parties should make any request for sealing or filing in redacted form when submitting their motion papers and shall do so in accordance with the Court's Individual Practices in Civil Cases, Rule IV.A.ii.  In accordance with the Court's Individual Practices in Civil Cases, Rule III.C.V, the parties should either email to chambers a text-searchable courtesy copy of any deposition transcripts, or mail such copies directly to chambers on a CD.  *See* Emergency Individual Rules and Practices in Light of COVID-19, Rule 1.B.  Such transcripts need not be filed on the public docket.

       SO ORDERED.

Dated: August 7, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge