UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   8/24/2020
```

ALAN A. TARZY, ESQ.                                    :

    Plaintiff,                                        :     Hon. Analisa Torres, U.S.D.J.

    v.                                                :     Civil Action No.
                                                            18-cv-1456 (AT) (SDA)

ANDREW DWYER, DWYER &                                  :
BARRETT, L.L.C., formerly known as                    :     **NOTICE OF MOTION**
THE DWYER LAW FIRM, L.L.C.,

                                                       :

    Defendants.                                       :

                                                       :

TO:    Declan Redfern
    Kayser & Redfern, LLP
    515 Madison Ave., 31st Floor
    New York, New York 10022
    Attorneys for Plaintiff

    PLEASE TAKE NOTICE that on a date and time designated by the Court, The

Dwyer Law Firm, L.L.C., the undersigned attorneys for the defendants, will move

before the Hon. Analisa Torres, U.S.D.J., of the United States District Court for the

Southern District of New York, at the Daniel Patrick Moynihan U.S. Courthouse, 500

Pearl Street, New York, New York 10007, for an Order, accordance with Section 6 of

the ECF Rules and Instructions, granting defendants leave to file certain documents

in redacted form or under seal, and granting such other and further relief as the

Court shall deem just and proper.

    TAKE FURTHER NOTICE that the undersigned shall rely upon the

accompanying Certification of Andrew Dwyer in support of the motion.

Oral argument is *not* requested on this motion.

Respectfully submitted,

Dated: August 22, 2020                    THE DWYER LAW FIRM, L.L.C.


By:**/s/ Andrew Dwyer**
Andrew Dwyer (AD 7793)
550 Broad Street, Suite 704
Newark, New Jersey 07102
(973) 242-3636
(973) 242-3399 (fax)
andy@thedwyerlawfirm.com

Attorneys for Defendants


GRANTED.  The documents at issue contain personal contact information
and personal financial information.

SO ORDERED.

Dated: August 24, 2020
          New York, New York



ANALISA TORRES
United States District Judge