```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ALAN A. TARZY, ESQ.,

                              Plaintiff,

  -against-

ANDREW DWYER, DWYER & BARRETT, L.L.C.,
formerly known as THE DWYER LAW FIRM,
L.L.C.,

                              Defendants.
-------------------------------------------------------------------x

Hon. Analisa Torres, U.S.D.J.

Civ Action No.
18 cv 1456 (AT)(SDA)

**NOTICE OF MOTION**

TO:   Andrew Dwyer, Esq.
       DWYER & BARRETT, L.L.C.
       17 Academy Street, Suite 1201
       Newark, NJ 07102
       Attorneys for Defendants

       PLEASE TAKE NOTICE that on a date and time designated by the Court, Kayser & Redfern, LLP the undersigned attorneys for the Plaintiff, will move before the Hon. Analisa Torres, U.S.D.J., of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007, for an Order, in accordance with Section 6 of the ECF Rules and Instructions, granting Plaintiff leave to file certain documents in redacted form or under seal, and granting such other and further relief as the Court shall deem just and proper.

       TAKE FURTHER NOTICE that the undersigned shall rely upon the accompanying Declaration of Declan P. Redfern, in support of the motion.

Oral argument is *not* requested on this motion.

Dated: New York, New York
      September 16, 2020

KAYSER & REDFERN, LLP

By: _____
Declan P. Redfern (DR 9292)
**Attorneys for Plaintiff**
515 Madison Avenue, 31st. Fl.
New York, NY 10022
Tel: 212-935-5057
Email: dredfern@515law.com

GRANTED. The documents at issue contain personal contact information and personal financial information.

SO ORDERED.

Dated: September 17, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge