USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN A. TARZY, ESQ.,

                Plaintiff,

-against-

ANDREW DWYER and DWYER & BARRETT, L.L.C. formerly known as THE DWYER LAW FIRM, L.L.C.,

                Defendants.

18 Civ. 1456 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    On October 29, 2020, the Clerk of Court directed Plaintiff to re-file his submission at ECF No. 104. 10/29/2020 Docket Entry. By **May 12, 2021**, Plaintiff shall comply with that directive.

    SO ORDERED.

Dated: May 5, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge