UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ALAN A. TARZY, ESQ.,

                Plaintiff,                18 **CIVIL** 1456 (AT)

      -against-                          **JUDGMENT**

ANDREW DWYER, DWYER & BARRETT,
L.L.C. formerly known as THE DWYER LAW
FIRM, L.L.C.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2021, Defendants' motion for summary judgment is GRANTED and Plaintiff's motion is DENIED, accordingly, the case is closed.

**Dated:** New York, New York
         September 13, 2021

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                          **BY:**

                                                           **Deputy Clerk**